## SOUTH WINDSOR CEMETERY ASSOCIATION, INC. *v.* RICHARD R. LINDQUIST

The defendant's petition for certification for appeal from the Appellate Court, 114 Conn. App. 540 (AC 29927), is denied.